# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Argueta Caal v. United States    Case Number: 1:23-cv-00598

An appearance is hereby filed by the undersigned as attorney for:
Selvin Argueta Caal, Selvin Aldair Argueta Najera, plaintiffs

Attorney name (type or print): A. Nicole Hallett

Firm: Univ. of Chicago Law School Edwin F. Mandel Legal Aid Clinic

Street address: 6020 S. University Ave

City/State/Zip: Chicago, IL 60637

Bar ID Number: 6334828
(See item 3 in instructions)

Telephone Number: (203) 910-1980

Email Address: nhallett@uchicago.edu

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/01/2023

Attorney signature:  S/ A. Nicole Hallett
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015