AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Selvin Argueta Caal and
Selvin Aldair Argueta Najera,
Plaintiffs,

V.

United States of America,
Defendant.

CASE NUMBER: 1:23-cv-00598

ASSIGNED JUDGE: Honorable Mary M. Rowland

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey I. Cummings

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Nicole Hallett
Edwin F. Mandel Legal Aid Clinic
6020 S. University Ave.
Chicago, IL 60637

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK



February 1, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 02/01/2023 |
| NAME OF SERVER *(PRINT)* Jace Lee | TITLE | Student Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to F.R.Cv.P 4(i)(1)(B) this summons is sent via certified mail to the Attorney General of the United States

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/01/2023
              Date              *Signature of Server*

6020 S. University Ave., Chicago, IL 60637
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Selvin Argueta Caal and
Selvin Aldair Argueta Najera,
Plaintiffs,

V.

United States of America,
Defendant.

CASE NUMBER: 1:23-cv-00598

ASSIGNED JUDGE: Honorable Mary M. Rowland

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey I. Cummings

TO: (Name and address of Defendant)

United States Attorney for the Northern District of Illinois
219 S. Dearborn St., Ste. 500
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Nicole Hallett
Edwin F. Mandel Legal Aid Clinic
6020 S. University Ave.
Chicago, IL 60637

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK



February 1, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 02/01/2023 |
| NAME OF SERVER *(PRINT)* Jace Lee | TITLE Student Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to F.R.Cv.P 4(i)(1)(A)(ii) this summons is sent via certified mail to the civil process clerk at the United States attorney's office

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/01/2023
              Date                    *Signature of Server*

6020 S. University Ave., Chicago, IL 60637
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.