UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SELVIN ARGUETA CAAL and SELVIN ALDAIR ARGUETA NAJERA,<br><br>                      Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                      Defendant. | No. 23 C 598<br><br>Judge Rowland |

**JOINT MOTION FOR LEAVE
TO FILE EXCESS PAGES AND FOR BRIEFING SCHEDULE**

Plaintiff Selvin Argueta Caal and Selvin Aldair Argueta Najera, by their attorney A. Nicole Hallett, and the United States of America, by its attorney Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, jointly move for leave to file briefs in excess of 15 pages and for a briefing schedule and in support state as follows:

1. In this Federal Tort Claims Act case arising out of plaintiffs' separation from each other at the U.S.-Mexico border, defendant's responsive pleading is due on April 11, 2023. (Although docket entry number 4 refers to an April 3 deadline, the U.S. Attorney's Office was served on February 10, making defendant's responsive pleading due on April 11. Fed. R. Civ. P. 12(a)(2).)

2. Defendant plans to move to dismiss but requires more than the 15 pages allowed by LR 7.1. Plaintiffs' complaint implicates a nationwide policy, and the extra pages are required to explain the several different reasons defendant expects to offer in favor of dismissing the complaint's five counts, some of which apply to all of the counts and some of which apply only to individual counts. Plaintiffs should accordingly be allowed additional pages as well, so that they may adequately respond.

3. The parties jointly propose that defendant be allowed to submit a supporting brief of up to 35 pages, and that plaintiffs likewise be allowed to submit a response of up to 35 pages.

4. The parties also jointly propose the following briefing schedule: (a) defendant to move to dismiss by April 11, 2023; (b) plaintiffs to respond by May 16, 2023; and (c) defendant to reply by June 16, 2023.

WHEREFORE, the parties request that they be allowed to file briefs of up to 35 pages for defendant's brief in support of its motion to dismiss and plaintiffs' response, and that the court set the briefing schedule proposed in paragraph 4.

                                          Respectfully submitted,

                                          MORRIS PASQUAL
                                          Acting United States Attorney

                                          By: s/ Alex Hartzler
                                               ALEX HARTZLER
                                               Assistant United States Attorney
                                               219 South Dearborn Street
                                               Chicago, Illinois 60604
                                               (312) 886-1390
                                               alex.hartzler@usdoj.gov

                                          s/ A. Nicole Hallett
                                          A. NICOLE HALLETT
                                               Supervising Attorney
                                          Jace Lee
                                          Allison O'Connor
                                          Fernando Stepensky
                                          Alice Thompson
                                               Student Attorneys
                                          Edwin F. Mandel Legal Aid Clinic
                                          6020 South University Avenue
                                          Chicago, Illinois 60637
                                          (203) 910-1980
                                          nhallett@uchicago.edu