UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SELVIN ARGUETA CAAL and SELVIN ALDAIR ARGUETA NAJERA,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                Defendant. | No. 23 C 598<br><br>Judge Rowland |

## DEFENDANT'S MOTION TO DISMISS

Defendant the United States of America, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, move under Rules 12(b)(1) and 12(b)(6) to dismiss this case for the reasons in the accompanying memorandum of law.

                                                          Respectfully submitted,

                                                          MORRIS PASQUAL
                                                          Acting United States Attorney

                                              By: s/ Alex Hartzler
                                                        ALEX HARTZLER
                                                        Assistant United States Attorney
                                                        219 South Dearborn Street
                                                        Chicago, Illinois 60604
                                                        (312) 886-1390
                                                        alex.hartzler@usdoj.gov