# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Selvin Argueta Caal, et al.

                              Plaintiff,

v.                                                               Case No.: 1:23–cv–00598

                                                                    Honorable Mary M. Rowland

United States of America

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Video motion hearing held. Counsel for both parties and a 711 law student appeared via video. For the reasons stated on the record, Government's motion to stay discovery [13] is granted in part. Rule 26(a) disclosures is postponed until after a ruling is issued on the motion to dismiss. By 6/1/23 parties are to meet and confer regarding policy production. Parties shall file a joint status report proposing a reasonable discovery schedule by 6/16/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.